## (June 14, 1977)

■ DELTOWN FOODS, INCORPORATED, Respondent, v CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Appellant.—Order, Supreme Court, New York County, entered on November 5, 1976, unanimously affirmed for the reasons stated by Stecher, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Murphy, P. J., Lupiano, Silverman, Lane and Yesawich, JJ.

■ In the Matter of INCA RESTAURANT, INC., Appellant, v NEW YORK STATE LIQUOR AUTHORITY, Respondent.—Judgment, Supreme Court, New York County, entered on February 25, 1977, unanimously affirmed on the opinion of Asch, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Murphy, P. J., Lupiano, Silverman, Lane and Yesawich, JJ.

■ In the Matter of ANGELOS MILAS et al., Appellants, v DANIEL W. JOY, as Commissioner of the Department of Rent and Housing Maintenance, Respondent, and E. E. MICHAELIS et al., Intervenors-Respondents.—Judgment, Supreme Court, New York County, entered on December 8, 1976, unanimously affirmed on the opinion of Korn, J., with one bill of $60 costs and disbursements of this appeal to all respondents. Concur—Murphy, P. J., Lupiano, Silverman, Lane and Yesawich, JJ.

■ SHAHEEN NATURAL RESOURCES COMPANY et al., Appellants, v ATLANTIC TRADING (DELAWARE) CORP., Respondent.—Order, Supreme Court, New York County, entered on February 9, 1977, unanimously affirmed for the reasons stated by Rosenburg, J., at Special Term. Respondent shall recover of appellants $60 costs and disbursements of this appeal. Concur—Lupiano, J. P., Silverman, Markewich and Yesawich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WADE O'NEAL, Appellant.—Judgment, Supreme Court, New York County, rendered on September 16, 1975, unanimously affirmed. Application by appellant's counsel to withdraw as counsel granted (see *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). No opinion. Concur—Kupferman, J. P., Lupiano, Markewich and Yesawich, JJ.

■ In the Matter of ESTHER BLASOF et al., Appellants, v ROGER STARR, as Administrator of the Housing and Development Administration of the City of New York, Respondent.—Judgment, Supreme Court, New York County, entered on November 5, 1976, unanimously affirmed for the reasons stated by Riccobono, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Lupiano, Markewich and Yesawich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRENDA SAPP, Appellant.—Judgment, Supreme Court, Bronx County, rendered on September 30, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as counsel granted (see *Anders v California,* 386 US 738;